UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:15-cv-936-Orl-40DAB

JACQUELYN JOHNSTON,

       Plaintiff,

v.

GARY S. BORDERS, individually and
in his official capacity as the Sheriff
of Lake County, Florida, and JENNIFER
FERGUSON,

       Defendants.
_____/

## NOTICE OF FILING DOCUMENTS IN SUPPORT OF MOTION TO EXCLUDE DEFENSE EXPERTS

Plaintiff, Jacquelyn Johnston ("Johnston"), by and through her undersigned counsel, hereby files her Notice of Filing Documents in Support of Motion to Exclude Defense Experts.

Exhibit A: ORM Assessment Report.

Exhibit B: Steven Oscher Report.

Exhibit C: Educational and Work Experience page from the 2015 Occupational Outlook Handbook regarding Information Systems Manager.

Composite Exhibit D: Plaintiff's Affidavit with Resume.

Dated: October 3, 2016.                                        Respectfully submitted,

           By: */s/ Angelena M. Root*
           Angelena M. Root, Esq.
           FBN: 101751
           Angelena M. Root, P.A.
           1931 Cordova Road, #303
           Fort Lauderdale, Florida 33316
           Ph: (954) 986-2101
           Fax: (954) 212-0774

Email: amrootesq@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2016, the foregoing was filed with Court via CM/ECF and served via CM/ECF upon counsel for Defendants to Mark E. Levitt, Esq. at mlevitt@anblaw.com, tsuarez@anblaw.com and to Marc Sugerman, Esq. at msugerman@anblaw.com.

By: */s/ Angelena M. Root*
Angelena M. Root, Esq.