Status Labs
1123 Broadway, STE 907
New York, NY 10010
**Tel** (512) 203-9368
StatusLabs.com

# ORM ASSESSMENT

## JUNE 2016

*Online reputation management assessment of Jacquelyn Johnston prepared for Mark Levitt of Allen, Norton, & Blue representing Gary Borders of the Lake County, FL Sheriff's Department in the case Jacquelyn Johnston v. Gary Borders.*

EXHIBIT "A"

# Contents

Objective_____3

About Status Labs_____4

Darius Fisher, Founder & President of Status Labs: _____5

Assessment Methodology & Resources _____7

   1.   Determining scope of work_____7

   2.   Strategy options _____ 12

Contact Information _____ 14

## Objective

Darius Fisher was approached by Mark Levitt of Allen, Norton, & Blue firm in May 2016. Levitt requested to retain Fisher as an expert witness for the purpose of defending the Lake County Sheriff's Office in the Johnston v. Borders case.

Specifically, Fisher's expert opinion as founder and president of Status Labs, an online reputation management (ORM) firm, would be used to assess the online reputation of Jacquelyn Johnston to adequately determine the objectives necessary to complete a comprehensive ORM remediation campaign that would address Johnston's online reputation following the release of the following press release by the Lake County Sheriff's Office:

"Johnston was terminated after LCSO learned that 147 animals were euthanized during her time as the Director of LCSOAS, including two (2) cats and eighteen (18) dogs in one day. All but six of those animals were put down for legitimate reason including, but not limited to, aggression, sickness and injuries. Some of the animals were put down prematurely because the shelter was not yet at capacity even though Johnston gave the reason for euthanizing the animals as limited space. Johnston did not exhaust all the resources to save the animals and exercised bad judgment. Borders wants the shelter to be as close to a no-kill shelter as possible. Because the killings happened on Johnston's watch, it was her responsibility. Johnston made a bad call and euthanized some dogs that could have made good pets for people. That's why we took the action we did, to make sure something like this doesn't happen again."

## About Status Labs

 Status Labs is the premier online reputation management, digital marketing, and public relations firm with offices in Austin, New York, and São Paulo. We serve over 1500 clients in 40 countries, including Fortune 500 brands and public figures.

Our experience counseling corporations and high profile executives through online reputation management has helped us develop a suite of proprietary best practices. Our highest priority is protecting our client's reputation and "doing no harm". As such, our team provides whitehat services that comply with Google's SEO guidelines and best practices during each campaign.

*"We hold Status Labs in the highest regard. Over the years our firm was worked with a wide range of online firms, and Status Labs has been by far the best of them all. Darius Fisher, in particular, has provided our clients with excellent service. We never hesitate to recommend Status Labs, and I am happy to do so now to you."* - Mark Fabiani



### Darius Fisher, Founder & President of Status Labs:



Fisher helped grow the company to 75+employees and $5m in annual revenue in four years. From DuJour Magazine: "Status Labs' Digital Crisis Expert Darius Fisher is in the profession of delivering second chances to public figures, politicians, and executives. Headquartered in
Austin with offices in both New York and Sao Paulo, Status Labs specializes in repairing their client's digital presence, whether it's on social media or through Google search results."

In 2015 Fisher was awarded The Innovation 50 by PR Week. As president, Fisher created the strategic vision of the company, built partnerships with agencies and influencers, and recruited their domestic and international sales and account management teams. Prior to co-founding Status Labs, he worked as a political consultant and copywriter. Fisher graduated with honors from Vanderbilt University. He has also been featured in *The New York Times*, *Daily Beast*, *Yahoo!*, *DuJour*, *The Observer*, *US News and World Report* and is a regular contributor with *Huffington Post.*

*See Fisher's CV on page 6 for additional information.*

# Darius Fisher

ENTREPRENEUR, INVESTOR, DIGITAL MARKETING
AND COMMUNICATIONS PROFESSIONAL

**PHONE**  M: 914 413 1400
O: 512 203 9368

**EMAIL**  darius@statuslabs.com

Awarded The Innovation 50 by PR Week | Featured in: HuffPo, Forbes, NY Times, Daily Beast

## EXPERIENCE

### Status Labs

President and Co-Founder
2012 - current
New York, NY

- Founded Status Labs, the premier digital reputation management, digital marketing, and crisis public relations firm with offices in TX, NY and Brazil
- Propelled growth of the company to 35+ employees, built relationships with many of the top public relations agencies, and won global new business from Fortune 500 companies, executives, and political campaigns.
- Established new business processes

### San Francisco Legal

Account Manager
May 2007 – May 2008
San Francisco, CA

- Implemented and managed lead qualifications for all sales opportunities
- Reached $100,000 in monthly revenue in the shortest amount of time
- Successfully built Corporate Sales division from the ground up by pitching and winning the business of San Francisco's largest financial services and venture capital firms (KKR, The Carlyle Group, Macquarie, RBC Capital Markets, and Rockwood Capital)

### Agora Publishing

Senior Copywriter
March 2009 – Dec 2009
Buenos Aires, Argentina

- Created email marketing copy for various Agora affiliates including International Living, American Writers & Artists, and Bonner & Partners.
- Generated substantial revenues via email marketing campaigns
- Mentored by Agora founder and master copywriter, Bill Bonner

### Storefront Political Media

Political Consultant
May 2008 - Dec 2008
San Francisco, CA

- Coordinated production, media planning/buying, film budgets
- Developed content for direct mail campaigns (Charlie Brown, the "No on H" campaign, the "No on Prop 8" campaign, a historic state-wide ballot initiative, etc)
- Filmed San Francisco Mayor Gavin Newsom's rallies against a ballot initiative that would ban same-sex marriage in California

## EDUCATION

### Vanderbilt University

Nashville, TN
2003-2007
Bachelor of Science in Economics
- Cum Laude
- GPA: 3.4/4.0
- Dean's List honors

### Escola Superior de Comerc Internacional

Barcelona, Spain
2006

## SKILLS

| | |
|---|---|
| Crisis Management | Public Affairs |
| Public Relations | Online Reputation Management |
| Marketing Strategy | Digital Media |
| Business Development | Copywriting |
| Sales | Entrepreneurship |

## INTERESTS

Investing
Traveling
Reading
Scrabble

## LANGUAGES

English
Spanish
Portuguese

# Assessment Methodology & Resources

The assessment of Jacquelyn Johnston's online reputation is broken down by first determining the scope of work by defining the search engines that will be considered and the keywords, suggestions and target negative links associated with the situation. Secondly, three suggested strategies will be outlined to describe how an online reputation company could run a campaign to fix Jacquelyn Johnston's online reputation issues. The strategies vary in scale, depth and pricing structures.

1. Determining scope of work
   i.    Search engines
   ii.   Keywords, suggestions & target negative links
2. Defining a strategy (options)
   i.    Content Creation and Automation
   ii.   Standard Online Reputation Management
   iii.  Premium Online Reputation Management

1. <u>Determining scope of work:</u>

   **I.    Search Engines**

   Most ORM projects are primarily focused around Google search results. With 63.8% of the market share, Google is the leading search engine in the U.S., followed by Microsoft (Bing) with 21.3%. Yahoo! sites rank third in market share with 12.4%. [1] Thus it is safe to assume that clearing the first page of search results for the top search engine thoroughly covers the majority of searches that would be performed by casual users.

   **II.    Determining keywords, suggestions & target negative links**

   To determine the most valuable keywords for an individual to target in an online reputation project we take into consideration the person's name, commonly referred to variations of the name (nicknames), location and professional title(s).

   Examples of each are:

---

[1] ComScore Releases January 2016 U.S. Desktop Search Engine Rankings. (2016, February 15). Retrieved May 19, 2016, from https://www.comscore.com/Insights/Rankings/comScore-Releases-January-2016-US-Desktop-Search-Engine-Rankings

"Jacquelyn Johnston"; "Jacquelyn Johnston Lake County"; and "Jacquelyn Johnston animal services".

When someone types in the name Jacquelyn Johnston, and then begins to type in anything else, Google begins to auto suggest search terms. Google's auto suggested search terms do not need to be prompted by the addition of any other letter or word following the "Jacquelyn Johnston," rather, as soon as a space is entered following the text, Google suggests various common search phrases. At one point, Google was automatically suggesting 10 terms for every search, but they revised their operation to primarily include six or less. A casual searcher would not be prompted to search for terms specifically related to the firing situation-- that would be a very specific search rather than someone attempting to plainly search for a person named Jacquelyn Johnston. If one does search for "Jacquelyn Johnston" followed by typing the letter "a" to see what Google might suggest, continuing the process through the entire alphabet, one would get a list such as the following:

Jacquelyn Johnston Lake County          jacquelyn johnston euthanasia

Jacquelyn Johnston animal               jacquelyn johnston cruelty

Jacquelyn Johnston fired                jacquelyn johnston animal services

Jacquelyn Johnston director             jacquelyn johnston terminated

Jacquelyn Johnston shelter              jacquelyn johnston kills

Jacquelyn Johnston sheriff              jacquelyn johnston clermont

Jacquelyn Johnston dogs                 jacquelyn johnston florida

However, when you use a Google Adwords account to assess how often any of the above terms are actually specifically searched for by users, Google assesses that there is not enough monthly searches to pull data for any of the above terms. Meaning that each term is receiving less than 10 searches a month from May 2014 to June 2016 in the United States.



The term "Jacquelyn Johnston", however, receives an average of 70 searches per month.

The more specific the keywords are for the search, the less likely they will be searched. Any terms beyond the general stipulations of the person's name, location and profession, such as "Jacquelyn Johnston fired", "Jacquelyn Johnston euthanasia" or "Jacquelyn Johnston cruelty", indicate that the searcher is already familiar with the incident at hand and fishing for substantiating information available on the internet, unless prompted by suggestions from the search engine. *We do not define anyone searching for incident related terms as a 'casual searcher'.*

Therefore, our process for determining recommended keywords to include within a comprehensive online reputation management campaign involves two parts:

    1.1)    Discern identifying keywords associated with the client

            A.   Name (see 1.1 A)

            B.   Location (see 1.1 B)

            C.   Profession (see 1.1 C)

    1.2)    Determine keywords that produce negative articles in question based on prompted suggestions from leading search engines

**1.1 A - Jacquelyn Johnston**

Taking into account the time of relevance, this keyword is searched on average 70 times per month, though we believe the average to be skewed by the outlying month of October 2014.



*Data collected by Google's Keyword Planner tool, from 06/2014 through 04/2016.*

**1.1 B - Jacquelyn Johnston Lake County**



*Google's Keyword Planning tool came up with "no data", signified by a "-". A dash represents too little data for the keyword and specified dates to produce results.*

**1.1 C - Jacquelyn Johnston animal services**

| Search terms | Avg. monthly searches ? Jun 2014 - Apr 2016 |
|---|---|
| jacquelyn johnston animal services | — |

*This search term again produced too little data for Google's Keyword Planning tool to pull statistics from.*

In an effort to derive additional quantitative statistics about the number of times each keywords were searched, we looked to **Google Trends**. Corresponding screenshot is on the following page.



*Conclusion of Google Trends research:*

*Of the keywords in question, the ancillary terms "Jacquelyn Johnston Lake County" and "Jacquelyn Johnston animal services" were infrequently searched when compared to the term "Jacquelyn Johnston", post 2014.*

Given the above conclusion, we can surmise that the terms "Jacquelyn Johnston Lake County" and "Jacquelyn Johnston animal services" were searched *much less frequently* than the 70 searches on average each month for the term "Jacquelyn Johnston" (which we believe to be skewed by an outlier month of October 2014).

*Corresponding SERPs (search engine results pages) for identified keyword follow.*

Page 1 Search Engine Results Page (SERP) from Orlando, Florida location for "Jacquelyn Johnston" taken from a logged-out, cleared cache browser with <u>opted-out history</u>. Target negative links included in an ORM campaign are boxed in red.



Page 1 SERP from Orlando, Florida location for "Jacquelyn Johnston Lake County" taken from a logged-out, cleared cache browser with <u>opted-out history</u>. Target negative links included in an ORM campaign are boxed in red.



Page 1 SERP from Orlando, Florida location for "Jacquelyn Johnston animal services" taken from a logged-out, cleared cache browser with opted-out history. Target negative links included in an ORM campaign are boxed in red.



## 1.2 Prompted suggestions from root keywords



Jacquelyn Johnston Lake County is already included as part of this campaign.



Given the prompted suggestion, we would now include this as a target keyword in our campaign. Page 1 SERP is included on the following page.



This keyword is already accounted for due to the above suggestion.

Page 1 SERP from Orlando, Florida location for "Jacquelyn Johnston Lake County animal services" taken from logged-out, cleared cache browser with opted-out history. Target negative links included in an ORM campaign are boxed in red.



**Scope of work summary:**

I. Keywords

*How many keywords?*

☐ We have determined there are four keywords to target for a comprehensive campaign:

1. "Jacquelyn Johnston"

2. "Jacquelyn Johnston Lake County"

3. "Jacquelyn Johnston animal services"

4. "Jacquelyn Johnston Lake County animal services"

II. Negative Links

*How many negative links populate per keyword that would need to be pushed down off Google page 1?*

☐ Respective to the above order:

1. 2 negative links

2. 3 negative links

3. 4 negative links

4. 5 negative links

III. Positions

*Where do the links rank for the keywords on Google search results?*

☐ Think of it like running a marathon. If they're only on mile 1 (top result on page 1 for example), it's a lot more work than if they are at mile 10 (the 4th result on page 1).

☐ Positions of the negative links are respective to the previous order of keywords:

1. #1 and #2 (of 10 results on page 1)

2. #1, #2 and #10 (of 10 results on page 1)

3. #1, #2, #6 and #10 (of 10 results on page 1)

4. #1, #2, #7, #8 and #10 (of 10 results on page 1)

Rationale:

The primary offending result is identified as the Orlando Sentinel article from Oct. 13, 2014 as it is positioned as the first result on Google Page 1 across all four target keywords.

The Orlando Sentinel article from Oct. 11, 2014 is positioned directly beneath the Oct. 11 article as the second result on Google Page 1 across all four keywords.

The remaining 4 negative links across all four keywords are positioned below the fold (half-way mark) across search results and are less authoritative to our keywords when searched in the Orlando-area, than the Orlando Sentinel articles.

| Google Result Page Rank | Average Traffic Share |
|---|---|
| 1 | 32.5% |
| 2 | 17.6% |
| 3 | 11.4% |
| 4 | 8.1% |
| 5 | 6.1% |
| 6 | 4.4% |
| 7 | 3.5% |
| 8 | 3.1% |
| 9 | 2.6% |
| 10 | 2.4% |
| 11 | 1.0% |
| 12 | 0.8% |
| 13 | 0.7% |
| 14 | 0.6% |
| 15 | 0.4% |

Per a published industry report from June 7, 2013 by Chitika, a reputable online advertising network, see table for a breakdown of average traffic percentages by Google results ranking 1 through 10.

We can surmise from the Chitika report that the Oct. 13 Orlando Sentinel article receives 32.5% of the average page 1 traffic share.

The Oct. 11 Orlando Sentinel article is displaying as the second result on Google Page 1, thus we can surmise that the article receives on average 17.6% of SERP traffic.

The 4 remaining properties will each receive less than 5% of SERP traffic share as done by the average searcher.

## 2. Strategy options

To repair damages caused by the termination of Ms. Johnston's employment as the Animal Services Director for Lake County Sheriff's Department, Status Labs presents this potential client with three distinct tiers of service offering campaigns ranging from basic, to traditional to premium and varying in scale, depth and price:

- **Content Creation and Automation**

The reputation management company will introduce a plethora of competitive domains to "Jacquelyn Johnston" search results. This influx in keyword-relevant web properties will cause the current search results to go into a state of disarray and serve to shift the current rankings.

The company will build out the created web properties and continuously expand them with content. Ultimately, we're working to overwhelm Google's algorithm with authoritative domains hosting well built-out profiles in association with the keyword, "Jacquelyn Johnston".

This service is $500 per month and we recommend a minimum engagement of 12 months in order to allow the results to settle in place of the target negative links. Plus an additional $500 set-up fee, the total of this campaign would be $6,500.

- **Standard Online Reputation Management (ORM)**

Attempting to clear target negative links for the search terms outlined in the scope of work through traditional online reputation management would involve creating content to optimize using backlinks so that it outranks the negative links. In other words, new quality content would need to be published about Jacquelyn Johnston and be pushed up onto Google's page 1 of search results for the designated key words, in turn pushing down the negative articles.

A traditional ORM campaign requires initial creation of neutral and positive content, and identifies websites that we'll utilize in the campaign such as Web 2.0 profiles. From there we'll engage with some minimal linkbuilding efforts that link back to our target properties (both new created content and existing 2.0 profiles) to help optimize them above the old negative articles. We estimate that we would create about 8 pieces of content per target negative link spanning all four keywords, totaling to approximately 35 pieces of content. Cost tied to content creation is dependent on labor, but we can estimate that it would amount to $500 for the 35 pieces of content. By continuously building out these profiles and web properties, the maintenance and management costs would be approximately 50 hours a month at $50 an hour plus an additional budget $4,500 budget a month for backlinking for 12 months. The total for this strategy would be $90,000.

- **Premium Online Reputation Management (ORM)**

A premium/nontraditional ORM campaign from a company like Status Labs would include content creation, public relations outreach from our in-house PR department, and extensive use of backlinks to optimize newly created content while also optimizing existing positive and neutral results that are already proving their dominance by ranking highly in current results.

In order to outrank one negative link on page 1, we need to target, by way of SEO, a minimum of 4 possible replacement links for every position we need to suppress the negative link. We're looking at approximately ~45 replacement links that need to be targeted with SEO for all four keywords, since we expect some overlap to occur between the results. We anticipate creating 400-600 backlinks per "good" target link.

To clear the page 1 of search results for the four identified keywords and target negative links in the Google.com search engine, Status Labs would charge $12,750 per month over a 12 month timeline. Totaling in $153,000, this strategy is the most exhaustive and effective in working towards remediating Jacquelyn Johnston's online reputation.

## Contact Information

| DARIUS FISHER PRESIDENT | JESSE BOSKOFF COO | CHARLIE HOWELL SENIOR ACCOUNT MANAGER |
|---|---|---|

  

**Tel** (914) 413-1400
darius@statuslabs.com

**Tel** (646) 458-1771
jesse@statuslabs.com

**Tel** (512) 888-3619
charlie@statuslabs.com

Status Labs
1123 Broadway, STE 907
New York, NY 10010
**Tel** (512) 203-9368
StatusLabs.com

