UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELYN JOHNSTON,

    Plaintiff,

v.                                  CASE NO.: 6:15-cv-00936-PGB-DAB

GARY S. BORDERS, individually and
in his official capacity as the Sheriff
of Lake County, Florida, and
JENNIFER FERGUSON,

    Defendants.
_____/

## VERDICT FORM

**Issue I:**    42 U.S.C. § 1983, Deprivation of Liberty Interest

Do you find by a preponderance of the evidence:

1. That a false statement was made by the Sheriff's Office or Sheriff Borders concerning Ms. Johnston?

    Yes __✓__    No _____

    If your answer is "No," this ends your deliberations on Issue I. If your answer is "Yes," go to the next question.

2. That the false statement stigmatized Ms. Johnston?

    Yes __✓__    No _____

    If your answer is "No," this ends your deliberations on Issue I. If your answer is "Yes," go to the next question.

3. What amount of damages, if any, should Ms. Johnston be awarded against the Sheriff's Office and Sheriff Borders for violating Ms. Johnston's constitutional rights?

    $ __65,000__

**Issue II:**   **Defamation against Ms. Ferguson**

Do you find by a preponderance of the evidence:

1. That Ms. Ferguson made a false statement concerning Ms. Johnston to a third party?

    Yes __✓__   No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the statement made by Ms. Ferguson tended to expose Ms. Johnston to hatred, ridicule, or contempt, or tended to injure Ms. Johnston in her business, reputation, or occupation?

    Yes __✓__   No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

Do you find by clear and convincing evidence:

3. That Ms. Ferguson knew the statement was false or had serious doubts as to its truth?

    Yes __✓__   No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

Do you find by a preponderance of the evidence:

4. What amount of damages, if any, should Ms. Johnston be awarded damages against Ms. Ferguson to compensate for defamation by the Ms. Ferguson?

    $ __35,000__

5. As to the claim of punitive damages, do you find that Ms. Ferguson made this statement with ill will, hostility, and intent to harm Ms. Johnston?

Yes ✓   No _____

**SO SAY WE ALL THIS** 5TH **DAY OF OCTOBER 2018**

Date: 10-5-18

_____
Foreperson's Signature