UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELYN JOHNSTON,

    Plaintiff,

v.                                                      CASE NO.: 6:15-cv-00936-PGB-DAB

GARY S. BORDERS, individually and
in his official capacity as the Sheriff
of Lake County, Florida, and
JENNIFER FERGUSON,

    Defendants.
_____/

## VERDICT FORM

1. On the claim for punitive damages against Ms. Ferguson, the jury finds damages in the amount of:

    $ 100.00

SO SAY WE ALL THIS 5th DAY OF OCTOBER 2018

Date: 10/5/18                                                _____
                                                                       Foreperson's Signature